USDC SCAN INDEX SHEET

















BJR    3/25/05    13:56

3:05-CV-00595   PITTMAN V. ORANGE 21 INC

*2*

*SM.*

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

05 MAR 24 PM 4: 11

U.S. DISTRICT C
SOUTHERN DISTRICT OF CALIF

BY _____ DEPUTY

CHRISTINE PITTMAN, On Behalf of Herself and All
Others Similarly Situated,

Plaintiff,

vs.

ORANGE 21, INC., BARRY BUCHHOLTZ, MICHAEL
BROWER, MARK SIMO, HARRY L. CASARI, DAVID
R. MITCHELL, ROGER S. PENSKE, JR., GREG
THEISS and JEFFREY THEODOSAKIS,

Defendants.

**SUMMONS IN A CIVIL ACTION**

Case No.

'05 CV 0595 JM     (BLM)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

```
Darren J. Robbins, Esq.
Lerach Coughlin StoiaGeller Rudman & Robbins LLP
401 B Street, Suite 1600
San Diego, CA  92101
619/231-1058
```

An answer to the complaint which is herewith served upon you, within ___20___ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | MAR 2 4 2005 |
| CLERK | DATE |
| J. R. DIAZ | |
| By _____ , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)