USDC SCAN INDEX SHEET

















TKL    6/28/05    10:31

3:05-CV-00595   PITTMAN V. ORANGE 21 INC

*24*

*MO.*



## Minutes of the United States District Court
## Southern District of California
## Monday, June 27, 2005

2005CV00595-JM(BLM)

### For the Honorable:    Jeffrey T. Miller    District Judge

**Deputy Clerk:    Laura Barkins    Court Reporter/ECR:**

**On Calendar:**

2005CV00595-JM(BLM)              Pittman  vs  Orange 21 Inc

                                 Darren Jay Robbins    619 231-1058
                                 Richard Mark Segal    619 234-5000

### MOTION HEARING

**Minutes:**
**MOTION HEARING NOT HELD**
**MATTER TAKEN OFF CALENDAR**

**MOTIONS:**

(15-1)To appoint Memphis Capital Partners, LLC as lead pla - SUBMITTED

(15-2)For appointment of lead cnsl - SUBMITTED

(18-1)To consolidate related actions - SUBMITTED

(18-2)Appoint Christine Pittman as lead pla - SUBMITTED

(18-3)Approve lead pla's choice of lead cnsl - SUBMITTED

**COURT TO PREPARE ORDER**