# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORANGE 21 INC. SECURITIES LITIGATION | CASE NO. 05 CV 0595 JM (BLM)<br><br>**ORDER DENYING MOTION TO DISMISS PLAINTIFF'S AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AS MOOT AND WITHOUT PREJUDICE**<br><br>**[Docket No. 47]** |

In light of the court's Order Preliminarily Approving Settlement and Providing for Notice, filed on January 19, 2007, and in light of the Rule 23(e) settlement hearing to take place on April 23, 2007 at 10:00 AM, the court hereby **DENIES** as moot and without prejudice the defendants' pending motion to dismiss plaintiff's amended consolidated class action complaint . See Docket No. 47.

**IT IS SO ORDERED.**

DATED: March 7, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All Parties

05cv0595