UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORANGE 21 INC. SECURITIES LITIGATION | ) No. 05-CV-0595-JM(BLM) |
| | ) |
| | ) CLASS ACTION |
| | ) |
| This Document Relates To: | ) ORDER AWARDING ATTORNEYS' FEES |
| | ) |
| ALL ACTIONS. | ) DATE: Submitted matter |
| | ) TIME: Submitted matter |
| | COURTROOM: The Honorable |
| | Jeffrey T. Miller |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.  All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of December 14, 2006 (the "Stipulation").

2.  This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

3.  The Court hereby awards Lead Counsel attorneys' fees of 20% of the Settlement Fund together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. Said fees shall be allocated by Lead Counsel in a manner which, in their good-faith judgment, reflects each counsel's contribution to the institution, prosecution and resolution of the Litigation. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.

4.  The awarded attorneys' fees and interest earned thereon, shall be paid to Lead Counsel from the Settlement Fund immediately after the date this Order is executed subject to the terms, conditions, and obligations of the Stipulation and in particular ¶6.2 thereof, which terms, conditions, and obligations are incorporated herein.

5.  Lead Plaintiff Christine H. Pittman is hereby awarded $200.00.

6.  The Clerk of the Court is instructed to close this file.

IT IS SO ORDERED.

DATED: May 5, 2008

_____
THE HONORABLE JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE